# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0035.   MARTIN  CONTRACTING,  INC.  et al.  v.  BANK  OF  THE  OZARKS.**

Appellee has moved to dismiss this appeal. Appellants' brief and enumerations of error were due on September 12, 2013 and have not been filed.  Appellants have not sought an extension of time for filing, nor have they responded to appellee's motion.  Accordingly, appellee's motion to dismiss is GRANTED and this appeal is DISMISSED pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*